UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00276-SKC

ALEXANDRA MARTINEZ,

    Plaintiff,

  v.

ALLEGIS GLOBAL SOLUTIONS, INC.;
THE WESTERN UNION COMPANY; and
ROBERT HALF INTERNATIONAL, INC.,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Alexandra Martinez and Defendants Allegis Global Solutions, Inc., The Western Union Company, and Robert Half International, Inc. (collectively, "the Parties"), through their respective counsel and pursuant to Fed. R. Civ. P. 41 hereby stipulate to the dismissal of this action with prejudice and state as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certify that this document is filed on behalf of the Parties.

2. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "a plaintiff may dismiss an action without a court order by filing… a stipulation of dismissal signed by all parties who have appeared."

3. The Parties have resolved this action and agree to the dismissal of this action, and all of the claims brought in this action, with prejudice.

4. The Parties agree that each Party should bear its own attorney's fees and costs.

1

Respectfully submitted this 11th day of February, 2022.

| HKM EMPLOYMENT ATTORNEYS LLP | HUSCH BLACKWELL LLP |
|---|---|
| By: */s/ Jesse K. Fishman*<br>Claire E. Hunter<br>Jesse K. Fishman<br>730 17th Street, Suite 750<br>Denver, CO 80202<br>chunter@hkm.com<br>jfishman@hkm.com<br>*Attorneys for Plaintiff Alexandra Martinez* | By: */s/ Jamie H. Steiner*<br>Jamie H. Steiner<br>William E. Corum<br>1801 Wewatta Street, Suite 1000<br>Denver, CO 80202<br>Jamie.Steiner@huschblackwell.com<br>William.Corum@huschblackwell.com<br>*Attorneys for Defendant Allegis Global Solutions, Inc.* |
| **HOLLAND & HART LLP** | **WILLIAMS WEESE PEPPLE & FERGUSON PC** |
| By: */s/ Joshua D. Kohler*<br>Joshua D. Kohler<br>Jeremy B. Merkelson<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>jdkohler@hollandhart.com<br>jbmerkelson@hollandhart.com<br>*Attorneys for Defendant The Western Union Company* | By: */s/ Charles W. Weese*<br>Charles W. Weese<br>Jeffrey M. Lippa<br>1801 California St, Suite 3400<br>Denver, CO 80202<br>cweese@williamsweese.com<br>jlippa@williamsweese.com<br>*Attorneys for Defendant Robert Half International, Inc.* |